THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL NESVIK and JEANNIE PAULY, | CASE NO. C21-0487-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SECURIAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Securian Life Insurance Company's unopposed motion to extend time to respond to Plaintiffs' complaint (Dkt. No. 7). Having thoroughly reviewed the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion and ORDERS that Defendant must respond to the complaint by May 14, 2021.

DATED this 11th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C21-0487-JCC
PAGE - 1