THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL NESVIK and JEANNIE PAULY, <br><br>Plaintiff, <br><br>v. <br><br>SECURIAN LIFE INSURANCE COMPANY, <br><br>Defendant. | CASE NO. C21-0487-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a notice of settlement indicating they have reached an agreement to resolve this suit and "anticipate effecting the dismissal of this action expeditiously." (Dkt. No. 43 at 1.) It is hereby ORDERED that all deadlines be stayed pending dismissal and that within 30 days of the date of this order, the parties will file the appropriate dismissal stipulation or will show cause why this case should not be dismissed due to the settlement.

DATED this 18th day of October 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-0487-JCC
PAGE - 1