THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL NESVIK and JEANNIE PAULY,<br><br>Plaintiffs,<br><br>v.<br><br>SECURIAN LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C21-0487-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order of dismissal with prejudice (Dkt. No. 45). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all the remaining parties that have appeared stipulate that the claims in this case should be dismissed with prejudice and without an award of costs or attorney fees to any party. (Dkt. No. 45 at 1.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing.

Pursuant to the stipulation, the Court ORDERS that this case is DISMISSED with prejudice and without costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

MINUTE ORDER
C21-0487-JCC
PAGE - 1

1    DATED this 22nd day of October 2021.

2                                              Ravi Subramanian
                                               Clerk of Court
3

4                                              s/Sandra Rawski
                                               Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C21-0487-JCC
PAGE - 2